UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRU KIDS, INC.,

                Plaintiff,

           -against-

ZAZA R'US, et al.,

                Defendants.
------------------------------------------------------------------x

**PERMANENT INJUNCTION ORDER**
23-CV-2260 (OEM) (LB)

**ORELIA E. MERCHANT, United States District Judge:**

It is hereby ORDERED and defendants Zaza R Us and Nedhal Y. Saleh a/k/a Nedhao Salah ("Saleh") (together, "Defendants"), their agents, servants, officers, directors, employees, partners, representatives, successors, and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of the injunctive order, are permanently enjoined from:

1. Any use, manufacture, production, sale, distribution, advertisement, promotion, display, signage, reproduction, or other exploitation of the ZAZA R US mark in any form, whether standing alone or in conjunction with any other words or design elements, including but not limited to the three-word "Zaza R Us" phrase and the ZAZA R US logo displayed . . . in the Complaint at ¶¶ 5, 43, 50;

2. Any use of Plaintiff's TOYS R US Marks or any other marks, logos, designs, products, designations, displays, or any other indica that are dilutive of or confusingly similar to Plaintiff's TOYS R US Marks, or that otherwise violate Plaintiff's rights in its TOYS R US Marks;

1

3. Committing any other acts calculated or likely to cause consumers to believe that Defendant or Defendant's goods or services are in any manner affiliated with, associated with, connected with, or sponsored or approved by Plaintiff; and

4. Committing any other acts likely to infringe, dilute, or otherwise violate Plaintiff's rights in its TOYS R US Marks or that constitute unfair competition with Plaintiff.

Further, Defendants shall file with the Court and serve on plaintiff, within 30 days from the date of entry of final judgment, a report under oath detailing the manner of compliance with this injunction. See 15 U.S.C. § 1116.

The Court shall retain jurisdiction over this action for the purposes of implementing and enforcing the permanent injunction.

**SO ORDERED.**

/s/Orelia E. Merchant
ORELIA E. MERCHANT
United States District Judge

January 12, 2023
Brooklyn, New York